IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ashley, Nancy R

Printed: 10/30/07

Case Number: 07 B 13515
Judge: Goldgar, A. Benjamin
Filed: 7/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 15,833.62 | 0.00 |
| 3. | Fingerhut | Unsecured | 39.34 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 1,005.16 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 273.74 | 0.00 |
| 6. | Target National Bank | Unsecured | 13.19 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 57.01 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 29.87 | 0.00 |
| 9. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 10. | Credit Systems International | Unsecured |  | No Claim Filed |
| 11. | Hsbc Nv | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,251.93 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Ashley, Nancy R

Printed:  10/30/07

Case Number:  07 B 13515
Judge:  Goldgar, A. Benjamin
Filed:  7/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_